E. Alex Beroukhim (Bar No. 220722)
Alex.Beroukhim@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorney for Defendants Tyler Johnson and Cynosure, LLC*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENG MEDICAL FOUNDATION, P.C.<br><br>PLAINTIFF,<br><br>v.<br><br>CYNOSURE, LLC, MMP CAPITAL INC., AMUR EQUIPMENT FINANCE INC., TYLER JOHNSON, and DOES 1 through 25,<br><br>DEFENDANTS. | Case No. 2:21-cv-00818-TLN-DB<br><br>**ORDER ON JOINT STIPULATION REGARDING DEADLINE FOR TYLER JOHNSON'S RESPONSE TO AMENDED COMPLAINT**<br><br>[No hearing date]<br>Judge: Honorable Judge Nunley |

The Court having reviewed and considered the Stipulation of the Parties for extending to the time to respond to the Amended Complaint, and for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that any responsive pleading to be filed by Tyler Johnson shall be filed within twenty (20) days after the Court makes its ruling on Cynosure, LLC's Motion to Strike and notice of the ruling is provided to the parties;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that neither Plaintiff nor Tyler Johnson waive any of their rights and remedies regarding making or opposing any Motions filed by Mr. Johnson including, but not limited to, Motion to Stay or Dismiss or Transfer the case and any Motions to be filed pursuant to FRCP 12.

Date: July 6, 2021

Troy L. Nunley
United States District Judge